**United States District Court**
For the Northern District of California

**\*E-FILED\***
**September 28, 2005**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC., | No. C 05-02308 RS |
| Plaintiff, | |
| v. | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| SELECT-A-VISION EYEWEAR, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to the unavailability of the Court, the initial case management conference in the above-captioned matter currently set for October 12, 2005 at 2:30 p.m. is continued to **October 19, 2005 at 2:30 p.m.**  The parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form **no later than October 12, 2005**.

IT IS SO ORDERED.

Dated: September 28, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Jennifer L. Ishimoto, Esq.
Email: jishimoto@mwe.com

Dated: September 28, 2005

                      CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                      By:   /s/BAK