**\*E-FILED\***
**October 6, 2005**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC., | No. C 05-02308 RS |
| Plaintiff, | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| SELECT-A-VISION EYEWEAR, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates the Case Management Conference set for October 19, 2005. The parties are required to file a stipulation of dismissal by **December 7, 2005**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 14, 2005 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: October 6, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Jennifer L. Ishimoto, Esq.
Email: jishimoto@mwe.com

Dated: October 6, 2005

      /s/ BAK
Chambers of Magistrate Judge Richard Seeborg